GONZALVO DE CORDOVA, Respondent, v. NATHANIEL B. POWTER, Impleaded, etc., Appellant.

(Argued October 7, 1890; decided October 21, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made March 12, 1888, which affirmed a judgment in favor of plaintiff entered upon a verdict, and affirmed an order denying a motion for a new trial.

*Joseph A. Shoudy* for appellant.

*Jefferson Clark* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

_____

THE PEOPLE ex rel. JOHN LAKE, as Collector, etc., Respondent, v. ELBERT HEGEMAN, as County Treasurer, etc., Appellant.

(Argued October 7, 1890; decided October 21, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made February 11, 1889, which affirmed a judgment in favor of plaintiff entered upon an order of Special Term directing the issuing of a writ of peremptory mandamus.

*Benjamin W. Downing* for appellant.

*M. D. Gould* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.